# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**DIAHNTAE BELL,**

    Plaintiff(s),

                                **CASE NO.  3:11-cv-135**

**-vs-**

                                **District Judge Timothy S. Black**
                                **Magistrate Judge Michael R. Merz**

**WARDEN, Warren Correctional Institution,**

    Defendant(s).

---

## JUDGMENT IN A CIVIL CASE

---

    **[ ]  Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

    **[X]  Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED:** that the Report and Recommendations (Doc. 4) is **ADOPTED**; the Petition is **DISMISSED WITH PREJUDICE**;  and this case is **TERMINATED** on the docket of this Court.

Date:  May 31, 2011                                   **JAMES BONINI, CLERK**

                                                                By: s/ M. Rogers
                                                                Deputy Clerk