# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**DIAHNTAE BELL,**

    Plaintiff(s),

                        **CASE NO.    3:11-cv-135**

**-vs-**

                        **District Judge Timothy S. Black**
                        **Magistrate Judge Michael R. Merz**

**WARDEN, Warren Correctional Institution,**

    Defendant(s).

_____

## JUDGMENT IN A CIVIL CASE
_____

    **[ ]  Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

    **[X]  Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

**IT IS ORDERED AND ADJUDGED:** that the Report and Recommendations (Doc 12) is **ADOPTED**; the Petition is **DISMISSED WITH PREJUDICE**; the Court certifies that pursuant to 28 U.S.C. §1915(a)(3), an appeal of this Order would not be taken in good faith; and this case is **TERMINATED** on the docket of this Court.

Date:  July 14, 2011                                     **JAMES BONINI, CLERK**

                                                       By: <u>s/ M. Rogers</u>
                                                       Deputy Clerk